IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARBI WELLS TURLEY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. CV-07-135-KD-M** |
| | ) | |
| **MERCY MEDICAL, a corporation,** | ) | |
| **JOENE NESTMAN, an individual, and** | | |
| **HARRY BISHOP, an individual** | ) | |
| | ) | |
| **Defendants.** | | |

**ORDER**

This matter is before the Court on the defendant, Mercy Medical's "Renewed Motion for Disbursement of Funds" (doc. 66). Defendant seeks an order from the Court disbursing funds received as a result of the garnishment served by Mercy Medical upon Mediacom. Upon consideration, the motion is GRANTED.

It is hereby ORDERED that the Clerk of Court of the United States District Court for the Southern District of Alabama shall disburse said funds from time to time as they are received from Ceridian[1] payable by check to the order of Mercy Medical and sent to Thomas J. Woodford, 63 South Royal Street, Suite 1100, Mobile, Alabama 36606.

DONE this the 12th day of January 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT COURT**

---

[1] Defendant states that Ceridian is the payroll processor for Mediacom and checks will be issued by Ceridian on behalf of Mediacom.